

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-13-00008-CR**

**IN RE ERIC G. ANDIKA**

_____

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Petition denied
Opinion delivered and filed January 24, 2013
[OT06]